IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 APR 27  AM 11: 39

CLERK_____
SO. DIST. OF GA.

JESSE JEROME DEAN, JR.,           )
                                  )
              Petitioner,         )
                                  )
      v.                          )      CV 318-016
                                  )
STACEY N. STONE, Warden,          )
                                  )
              Respondent.         )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed.  (Doc. no. 6.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge

as its opinion, **DENIES AS MOOT** Petitioner's motion requesting emergency bail and

demand for immediate release, (doc. no. 5), **DISMISSES** the petition filed pursuant to 28

U.S.C. § 2241, and **CLOSES** this civil action.

SO ORDERED this 27th day of April, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE